

# Colorado State University
*Knowledge to Go Places*

Ryan E Medhurst
1301 College of Engineering

| Employee ID | Salary |
|---|---|
| 19426 | 39,450.00 |
| Organization/Department | |
| College of Engineering | |
| Federal Status | Allowances |
| Single | 1 |
| State Status | Allowances |
| Single (CO) | 1 |
| Pay Period Start | Pay Period End |
| 01-JAN-2007 | 31-JAN-2007 |
| Pay Date | FLSA Status |
| 31-JAN-2007 | |
| Annual Leave Hours* | Sick Leave Hours** |
| 344.44 | 98.90 |

| Earnings | Current Hours | Current Amount | Year To Date Amount |
|---|---|---|---|
| 19426 College of Engineering | | | |
| Regular Salary | 184.00 | 3,287.50 | 3,287.50 |
| Benefit Pay | 0.00 | 362.61 | 362.61 |

| Deductions | Current Amount | Year To Date Amount |
|---|---|---|
| FIT | 343.79 | 343.79 |
| MEDICARE | 47.37 | 47.37 |
| (CO) SIT | 119.00 | 119.00 |
| *BASIC LIFE | 10.50 | 10.50 |
| *CSU POS INS | 373.00 | 373.00 |
| *Valic DCP | 263.00 | 263.00 |
| LONG TERM DISB | 14.79 | 14.79 |
| STD FACULTY | 4.00 | 4.00 |
| UNIV CLUB | 15.00 | 15.00 |

* Pre-Tax

| | Pay Period – Assgn Paid | YTD – All Assgn |
|---|---|---|
| Gross Earnings | 3,650.11 | 3,650.11 |
| Pre-Tax Deductions | 646.50 | 646.50 |
| Taxable Gross | 3,003.61 | 3,003.61 |
| Taxes | 510.16 | 510.16 |
| Post-Tax Deductions | 33.79 | 33.79 |
| Net Pay | 2,459.66 | 2,459.66 |

| Year To Date Taxes – All Assignments | |
|---|---|
| FIT | 343.79 |
| Medicare | 47.37 |
| (CO) SIT | 119.00 |

| Bank | Account Type | Account Number | Amount |
|---|---|---|---|
| WASHINGTON MUTUAL BANK FA (ASB) | Checking Account | xxxxxx3634 | 2,459.66 |

**NON – NEGOTIABLE**

** Balances reflect leave accruals as of the beginning of the month and leave usages as reported by your department through the prior month. Balances may be adjusted to reflect proper sick and annual leave accruals and usages when appropriate.

# Colorado State University

*Knowledge to Go Places*

Ryan E Medhurst
1301 College of Engineering

| Employee ID | Salary |
|---|---|
| 19426 | 39,450.00 |
| **Organization/Department** | |
| College of Engineering | |
| **Federal Status** | **Allowances** |
| Single | 1 |
| **State Status** | **Allowances** |
| Single (CO) | 1 |
| **Pay Period Start** | **Pay Period End** |
| 01-FEB-2007 | 28-FEB-2007 |
| **Pay Date** | **FLSA Status** |
| 28-FEB-2007 | |
| **Annual Leave Hours*** | **Sick Leave Hours**** |
| 338.44 | 98.90 |

| Earnings | Current Hours | Current Amount | Year To Date Amount |
|---|---|---|---|
| 19426 College of Engineering | | | |
| Regular Salary | 160.00 | 3,287.50 | 6,575.00 |
| Benefit Pay | 0.00 | 362.61 | 725.22 |

| Deductions | Current Amount | Year To Date Amount |
|---|---|---|
| FIT | 343.79 | 687.58 |
| MEDICARE | 47.36 | 94.73 |
| (CO) SIT | 119.00 | 238.00 |
| *BASIC LIFE | 10.50 | 21.00 |
| *CSU POS INS | 373.00 | 746.00 |
| *Valic DCP | 263.00 | 526.00 |
| LONG TERM DISB | 14.79 | 29.58 |
| STD FACULTY | 4.00 | 8.00 |
| UNIV CLUB | 15.00 | 30.00 |

* Pre-Tax

| | Pay Period – Assgn Paid | YTD – All Assgn |
|---|---|---|
| **Gross Earnings** | 3,650.11 | 7,300.22 |
| **Pre-Tax Deductions** | 646.50 | 1,293.00 |
| **Taxable Gross** | 3,003.61 | 6,007.22 |
| **Taxes** | 510.15 | 1,020.31 |
| **Post-Tax Deductions** | 33.79 | 67.58 |
| **Net Pay** | 2,459.67 | 4,919.33 |

| Year To Date Taxes – All Assignments | |
|---|---|
| FIT | 687.58 |
| Medicare | 94.73 |
| (CO) SIT | 238.00 |

| Bank | Account Type | Account Number | Amount |
|---|---|---|---|
| WASHINGTON MUTUAL BANK FA (ASB) | Checking Account | xxxxxx3634 | 2,459.67 |

## NON – NEGOTIABLE

** Balances reflect leave accruals as of the beginning of the month and leave usages as reported by your department through the prior month. Balances may be adjusted to reflect proper sick and annual leave accruals and usages when appropriate.